ELOY A. PERAL (*pro hac vice*)
**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, NY 10019
Telephone: 212-237-1000
Email: eperal@windelsmarx.com

KENNETH M. WEINFIELD (SBN 116560)
**CHAUVEL & GLATT, LLP**
66 BOVET ROAD, SUITE 280
San Mateo, CA 94402
Telephone: 650-573-9500
Email: ken@chauvellaw.com

Attorneys for Plaintiff ULTRA PURE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULTRA PURE, LLC, a Connecticut limited liability company,<br><br>                    Plaintiff,<br><br>v.<br><br>QUINTUM CELLARS, LLC, D/B/A PRECISION WINE COMPANY, a California limited liability company,<br><br>                    Defendant. | Case No. 24-cv-02457-KAW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.CP. 41(a)(1)(A)(i)** |

   Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Ultra Pure, LLC hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Quintum Cellars, LLC d/b/a Precision Wine Company.

{12314253:1}

1

Dated:  May 15, 2024

**WINDELS MARX LANE & MITTENDORF, LLP**

**CHAUVEL & GLATT, LLP**

By: _____/s/_____
Kenneth M. Weinfield
Attorneys for Plaintiff Ultra Pure, LLC

{12314253:1}

2